COMPANIA " RON BACARDI," S. A., Respondent, v. WIVEL RESTAURANT, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

JOSEPH M. BERK, Appellant, v. TRANSIT BUILDING, INC., and KATHARINE F. MILBANK, Respondents, Impleaded with Another.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

JOSEPH M. BERK, Appellant, v. TRANSIT BUILDING, INC., and KATHARINE F. MILBANK, Defendants, Impleaded with DUNLEVY MILBANK, Respondent.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

NORTHEASTERN REAL ESTATE SECURITIES CORPORATION, Appellant, v. EDGAR B. GOLDSTEIN, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of FRANCIS P. ROSE, Petitioner, for an Order of Certiorari against LEWIS J. VALENTINE, as Police Commissioner of the Police Department of the City of New York, Respondent.— Order of certiorari unanimously dismissed, and determination of the respondent confirmed, with twenty-five dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of WILLIAM J. GORMAN, Petitioner, for an Order of Certiorari against LEWIS J. VALENTINE, as Police Commissioner of the Police Department of the City of New York, Respondent.— Order of certiorari unanimously dismissed, and determination of the respondent confirmed, with twenty-five dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERT VERKAY, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

## (April 9, 1937.)

JANE V. WEST, Plaintiff, v. THE CITY OF NEW YORK, a Municipal Corporation, Respondent, Appellant, and STARRETT BROS., INC., a Domestic Corporation, Appellant, Respondent, and EMPIRE STATE, INC., a Domestic Corporation, and FIFTH AVENUE COACH COMPANY, a Domestic Corporation, Defendants.— Order entered on or about June 26, 1936, affirmed, without costs. No opinion. Present Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; O'Malley, J., dissents. Order entered August 11, 1936, unanimously affirmed, without costs. No opinion.

In the Matter of BENJAMIN EISENSTADT, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of LEO KRAUS, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Glennon, Dore and Cohn, JJ.

In the Matter of GEORGE B. HAYES, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.